UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-7545-CIV-ZLOCH

FILED by _____ D.C.

APR - 4 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA FT LAUD.

RICHARD COTTONE, as Personal
Representative of the Estate
of PETER ANTHONY COTTONE, JR.,
and PETER COTTONE, SR.,

　　　　Plaintiffs,

vs.

**FINAL ORDER OF DISMISSAL AS TO EMSA
LIMITED PARTNERSHIP AND PRISON HEALTH
SERVICES, INC. ONLY**

KENNETH C. JENNE, et
al.,

　　　　Defendants.
_____/

THIS MATTER is before the Court upon Plaintiffs' ore tenus Motion To Voluntarily Dismiss EMSA Limited Partnership and Prison Health Services, Inc. made in open Court on April 3, 2006.  The Court has carefully reviewed the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that Plaintiffs' ore tenus Motion To Voluntarily Dismiss EMSA Limited Partnership and Prison Health Services, Inc. made in open Court on April 3, 2006 be and the same is hereby **GRANTED**.  All claims stated against Defendants EMSA Limited Partnership and Prison Health Services, Inc. be and the same are hereby **DISMISSED** with prejudice.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____4ᵗʰ_____ day of April, 2006.

_____
WILLIAM J. ZLOCH
Chief United States District Judge



Copies furnished:
All counsel of record