UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-7545-CIV-ZLOCH



RICHARD COTTONE, as Personal
Representative of the Estate
of PETER ANTHONY COTTONE JR.,
and PETER COTTONE SR.,

    Plaintiffs,

vs.                                                   **FINAL JUDGMENT**

KENNETH C. JENNE, II, et al.,

    Defendants.
_____/

    THIS MATTER is before the Court upon Defendants Andrew Perfilio, M.D., Maurice Waldman, M.D., Elma McKenzie, L.P.N., and EMSA Correctional Care, Inc.'s ore tenus Motion For Judgment As A Matter Of Law and Defendants Kenneth C. Jenne, II, in his official capacity as Sheriff of Broward County, Florida, Joseph D'Elia and George Williams's ore tenus Motion For Judgment As A Matter Of Law, both Motions made in open Court on April 14, 2006. For the reasons stated in the Court's separate Order granting said Motions, and pursuant to Rules 50 and 58 of the Federal Rules of Civil Procedure, it is

    **ORDERED AND ADJUDGED** as follows:

    1. Final Judgment be and the same is hereby **ENTERED** in favor of Defendants Andrew Perfilio, M.D., Maurice Waldman, M.D., Elma McKenzie, L.P.N., EMSA Correctional Care, Inc., Kenneth C. Jenne, II, in his official capacity as Sheriff of Broward County, Florida, Joseph D'Elia and George Williams, and against Plaintiffs Richard Cottone, as Personal Representative of the Estates of Peter Anthony Cottone Jr. and Peter Cottone Sr., upon the Amended Complaint (DE

83) filed herein. Said Plaintiffs shall take nothing by this action, and said Defendants shall go hence without day; and

2. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of July, 2006.

WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

Barbara A. Heyer, Esq.
For Plaintiffs

Michael R. Piper, Esq.
For Defendants Kenneth C. Jenne, II,
George Williams, and Joseph D'Elia

Gregg A. Toomey, Esq.
For Defendants Andrew Perfilio, M.D.,
Maurice Waldman, M.D., Elma McKenzie, L.P.N.,