UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-7545-CIV-ZLOCH

RICHARD COTTONE, as Personal
Representative of the Estate
of PETER ANTHONY COTTONE, JR.,
and PETER COTTONE, SR.,

    Plaintiffs,

vs.                                                            **O R D E R**

KENNETH C. JENNE, II, et al.,

    Defendants.
_____/

    THIS MATTER is before the Court sua sponte. Following trial of the above-styled cause, counsel for Defendants Kenneth C. Jenne, II, in his official capacity as Sheriff of Broward County, Florida, Joseph D'Elia and George Williams ordered the transcript thereof in paper and ASCII format, as well as a word reference index. Said order was placed with Carl Schanzleh, the Court Reporter assigned to the undersigned, who completed the requested documents on October 18, 2006. Despite repeated communications by Mr. Schanzleh with the office of the aforementioned counsel, payment for the transcript described above has not been made as of the date of the this Order.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** that counsel for Defendants Kenneth C. Jenne, II, in his official capacity as Sheriff of Broward County, Florida, Joseph D'Elia and George Williams shall make payment for the trial transcript described above in the amount of $3,682.74 to

Carl Schanzleh on or before <u>noon</u> of <u>Friday, January 19, 2007</u> at the following address:

> United States Courthouse
> 299 East Broward Boulevard
> 202B
> Fort Lauderdale, FL 33301

Upon the failure of counsel to comply with the terms of this Order, the Court will consider the imposition of sanctions, including but not limited to, holding said counsel in contempt of Court.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this __16th__ day of January, 2007.

```
                                    WILLIAM J. ZLOCH
                                    Chief United States District Judge
```

Copies furnished:

Barbara A. Heyer, Esq.
For Plaintiffs

Michael R. Piper, Esq.
Greg A. Toomey, Esq.
Richard T. Woulfe, Esq.
For Defendants